# In the United States Court of Federal Claims

Case No. 06-337C
(Filed: June 26, 2006)

*****************************************************
SEWARD ASSOCIATES, an Idaho Limited Partnership, *Plaintiff,* 

v.

THE UNITED STATES OF AMERICA, *Defendant.*
*****************************************************

**ORDER**

The parties' **Joint Motion for a Stay of Proceedings** filed June 22, 2006, in the above-captioned case is hereby **GRANTED**. This case is **stayed until further notice** while it remains in the Court's Alternative Dispute Resolution pilot program, under Judge Horn's direction.

The parties shall file a Joint Status Report every two months updating the Court as to the progress of the representative cases, or of other of the related cases. **The first Joint Status Report is due no later than August 1, 2006.**

**The parties shall also file a Joint Notice to Proceed no later than thirty (30) days after a dispositive ruling in any of the related cases.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge